**AMERICAN SIMMENTAL**
**ASSOCIATION,**
**Appellee,**

v.

**ST. PAUL FIRE & MARINE**
**INSURANCE COMPANY,**
**Appellant.**

**Nos. 00–3217, 00–3218, 00–3312.**

United States Court of Appeals,
Eighth Circuit.

April 26, 2002.

Appellee American Simmental Association's motion for attorney fees and costs is granted in part. The award for attorney's fees is reduced to $48,000.00, in addition to out-of-pocket costs of $1,699.73.